IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NewPage Corporation, *et al.*,[1]<br><br>Reorganized Debtors. | Case No. 11-12804 (KG)<br>(Jointly Administered)<br><br>Chapter 11 |
| Pirinate Consulting Group LLC, as Litigation Trustee of the NP Creditor Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>The Dow Chemical Company,<br><br>Defendant. | Adv. No. 13-51566 (KG) |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above captioned adversary proceeding to avoid and recover preferences be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The "Reorganized Debtors" in these Chapter 11 cases and, prior to the Effective Date (as defined below), the "Debtors," along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Reorganized Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

| | |
|---|---|
| Dated: September 8, 2014 | Dated: September 9, 2014 |
| THE ROSNER LAW GROUP LLC | DILWORTH PAXSON LLP |

/s/ Julia B. Klein
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Julia B. Klein (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-mail: rosner@teamrosner.com
E-mail: leonhardt@teamrosner.com
E-mail: klein@teamrosner.com

and

Joseph L. Steinfeld, Jr., MN SBN 0266292
Gary D. Underdahl, MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
E-mail: gunderdahl@askllp.com

and

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
Marianna Udem, Esq.
ASK LLP
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-mail: bmcgrath@askllp.com

*Attorneys for Plaintiff, Pirinate Consulting Group LLC, as Litigation Trustee of the NP Creditor Litigation Trust*

/s/ Martin J. Weis
Martin J. Weis (Id No. 4333)
One Customs House – Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE 19899

and

Anne Marie P. Kelley (admitted pro hac vice)
Scott J. Freedman (admitted pro hac vice)
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855

*Attorneys for Defendant, The Dow Chemical Company*